IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

ROBBIES OF KEY WEST, LLC.

Plaintiff,

vs.

M/V RISEN STAR, her engines,
tackle, apparel, furniture, etc., *in rem*,
M/V CAVALCADE, her engines,
tackle, apparel, furniture, etc., *in rem*,
and FIRST BANK OF NIGERIA PLC, *in personam*

Defendants.
_____/

CASE NO.: 09-10080

CIV-MOORE

MAGISTRATE JUDGE
SIMONTON

FILED by AJS D.C.
JUL 13 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**WARRANT FOR ARREST IN REM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: THE UNITED STATES MARSHAL FOR THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

The Complaint in the above-styled *in rem* proceeding was filed in the Admiralty Division of this Court on the 10 day of July, 2009.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule (C), you are directed to arrest the Defendant vessel, M/V CAVALCADE, her engines, tackle, apparel and furniture, boats and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Miami, Florida, this 13th day of July, 2009.

BY: *Autumn Sandoval*
*Deputy Clerk*

Prepared by:
BLANCK & COOPER
Jonathan S. Cooper, Esq.
Fla. Bar No. 99376
5730 SW 74th St.
Suite 700
Miami, FL 33143
(305) 663-0177